THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDY LOPEZ, Appellant. [747 NYS2d 156]

The verdict was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490). There is no basis upon which

to disturb the jury's determinations concerning identification and credibility. The undercover officer made a reliable identification of defendant, particularly since he had ample opportunities to observe defendant during two transactions in the course of an investigation.

The court properly denied defendant's request to submit a lesser included offense since there was no reasonable view of the evidence, viewed most favorably to defendant, to support such a charge. The scientific evidence positively and consistently established that the weight of the drugs was well in excess of the statutory threshold for criminal sale of a controlled substance in the second degree (*see People v Butler*, 248 AD2d 274, *lv denied* 91 NY2d 1005). Concur—Wallach, J.P., Lerner, Rubin, Friedman and Gonzalez, JJ.